# Third District Court of Appeal
## State of Florida

Opinion filed July 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1934
Lower Tribunal No. 18-21048
_____

**Janet Rodriguez,**
Appellant,

vs.

**U.S. Bank Trust, N.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Janet Rodriguez, in proper person.

Gilbert Garcia Group, P.A., and Ian P. Hudson (Tampa), for appellee.

Before LOGUE, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.  See <u>Green-Mar Builders, Inc. v. Pearlman</u>, 109 So. 2d 601, 602 (Fla. 3d DCA 1959) ("The burden is upon the appellant to clearly demonstrate wherein the trial court has erred and failing this, the judgment appealed should be and it is hereby affirmed."); <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence . . . . ").